January 10, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JOHN ALLEN LOWE, Appellant

NO. 14-10-01191-CV            V.

CHRISTIE LEE (LOWE) ROBERTS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, CHRISTIE LEE (LOWE) ROBERTS, signed August 23, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, JOHN ALLEN LOWE, to pay all costs incurred in this appeal. We further order this decision certified below for observance.